NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MATTHEW JAMES GRANT,                )
                                    )
            Appellant,              )
                                    )
v.                                  )        Case No. 2D18-2215
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
                                    )
_____)

Opinion filed August 30, 2019.

Appeal from the Circuit Court for Pasco
County; Kim Campbell, Judge.

Howard L. Dimmig, II, Public Defender,
and William L. Sharwell, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.

            Affirmed.

BLACK, BADALAMENTI, and SMITH, JJ., Concur.